IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CARREL C. MCCULLAR, ET AL. | ) | |
| | ) | |
| v. | ) | NO. 3:06-0786 |
| | ) | JUDGE ECHOLS |
| PRISON HEALTH SERVICES, INC., | ) | |
| ET AL. | ) | |

### O R D E R

Pursuant to the Stipulation of Dismissal (Docket Entry No. 54), this action is hereby DISMISSED pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and Plaintiffs' Motion for Voluntary Dismissal (Docket Entry No. 52) is hereby DENIED AS MOOT.

IT IS SO ORDERED.

                                                            _____
                                                            ROBERT L. ECHOLS
                                                            UNITED STATES DISTRICT JUDGE